COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BERKS



# Civil Action Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-23-2-03 |
| MDJ Name: | Honorable Sandra L. Fegley |
| Address: | 6112 Perkiomen Ave |
| | Birdsboro, PA 19508 |
| Telephone: | 610-779-5137 |

Wayne Robinson
69 Winchester Court
Reading, PA 19606

Berks Fire Water Restorations, Inc.
v.
Wayne Robinson, Liqun Zhang

Docket No: MJ-23203-CV-0000321-2024
Case Filed: 9/24/2024

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: | Friday, October 25, 2024 | Place: | Magisterial District Court 23-2-03, Birdsboro |
|---|---|---|---|
| Time: | 10:30 AM | | 6112 Perkiomen Ave |
| | | | Birdsboro, PA 19508 |
| | | | 610-779-5137 |

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.Civ.P.M.D.J. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.Civ.P.M.D.J. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

...ire a reasonable accommodation to gain access to the Magisterial District Court and its services,
...District Court at the above address or telephone number. We are unable to provide transportation.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: Berks

Magisterial District Number: 23-2-03
MDJ Name: Hon. Sandra L. Fegley
Address: 6112 Perkiomen avenue, Birdsboro, PA 19508
Telephone: (610)779-5137

# CIVIL COMPLAINT

**PLAINTIFF:** NAME and ADDRESS
Berks Fire Water Restorations, Inc.
1145 Commons Blvd
Reading, PA 19605

VS.

**DEFENDANT:** NAME and ADDRESS
Wayne Robinson and
Liqun Zhang
69 Winchester Court
Reading, PA 19606

Docket No.: CV-321-24
Date Filed: 09/24/24

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 201.75 | 09/24/24 |
| POSTAGE | $ 16.88 | 09/24/24 |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $ 218.63 | 09/24/24 |

*Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*

Pa.R.C.P.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

**TO THE DEFENDANT:** The above named plaintiff(s) asks judgment against you for $7,110.40 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

On or about October 15, 2021, Defendants, Wayne Robinson and Liqun Zhang, entered into a contract with Plaintiff, Berks Fire Water Restorations, Inc., with a change order for additional work (collectively, the "Contract"), for structural repairs to their property located at 69 Winchester Court, Reading, PA (the "Services"). Pursuant to the Contract, the Defendants agreed to pay Plaintiff $36,310.56 for the Services. Plaintiff completed the Services on or about May, 2022. Defendants failed to remit payment to Plaintiff for the balance due and owing under the Contract for the Services, despite Plaintiff sending multiple invoices and collection efforts. Plaintiff therefore requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants in the amount of $7,110.40, plus any additional interest, accruing at a rate of $2.46 per day from the date of this Complaint, and costs that have accrued and may continue to accrue as of the date of this Complaint.

I, Nicole Plank, Esquire verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD SO NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five (5) days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Berks



**ENTRY OF APPEARANCE PURSUANT TO PARCPMDJ 207.1(A)**

Mag. Dist. No: 23-2-03
MDJ Name: Sandra L. Fegley
Address: 6112 Perkiomen Avenue
6112 Perkiomen Avenue
Birdsboro    PA    19508
Telephone: (610) 779-5137

Berks Fire Water Restorations Inc
v.
Wayne Robinson, et al.

Docket No: CV-321-24
Case Filed: 09/24/24

**TO THE MAGISTERIAL DISTRICT COURT:**

Please enter my appearance on behalf of Plaintiff, Berks Fire Water Restorations, Inc. In the above captioned matter.

Attorney Name: Nicole Plank, Esquire

Supreme Court of Pennsylvania Attorney Identification Number: 90421

Firm Name: Plank Frankowski

Address: 4 Park Plaza, Suite 205

City, ST, Zip: Wyomissing, PA 19610

Telephone Number: (610) 898-9500

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Signature of Applicant

Date: 09/23/2024