Certificate Number: 12433-PAE-DE-039034770

Bankruptcy Case Number: 24-13559



12433-PAE-DE-039034770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2024, at 10:54 o'clock PM EST, Wayne Gerald Robinson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 5, 2024            By:   /s/Lisa Susoev

                                    Name: Lisa Susoev

                                    Title: Teacher