UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    Wayne Gerald Robinson                        Bankruptcy No.24-13559-PMM


           Debtor

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection
of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 13th day of February, 2025, by first class mail upon those listed below:


Wayne Gerald Robinson
69 Winchester Ct
Reading, PA  19606

**Electronically via CM/ECF System Only:**

JULIE FOSTER, ESQUIRE
MIDPENN LEGAL SERVICES
35 N 6TH ST MEZZANINE, STE 101
READING, PA  19601


                        */s/ Kristen Gliem*
                        Kristen Gliem
                        for
                        Scott F. Waterman, Esquire
                        Standing Chapter 13 Trustee