**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Wayne Gerald Robinson, debtor**

                                              :           **Chapter 13**

                                              :           **Bky. No. 24-13559-PMM**

**CERIFICATION OF SERVICE**

I, Amy B. Good, Esquire, certify that on February 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all the parties registered with the Clerk to receive electronic notice via the CM/ECF system:

*2nd Amended Chapter 13 Plan
*Amended Schedule I
*Amended Schedule J

I certify under penalty of perjury that the above document(s) was/were sent using the mode of service indicated.

Date:  February 20, 2025

                                                                              /s/Amy B. Good
                                                                              Amy B. Good, Esquire
                                                                              Attorney ID #203427
                                                                              MidPenn Legal Services
                                                                              35 N. 6th Street, Mezz Suite 101
                                                                              Reading, PA  19601
                                                                              (610) 376-8656
                                                                              agood@midpenn.org
                                                                              Attorney for Debtor

## MAILING LIST EXHIBIT

(Check all that apply.  If via email, include email address.  Continue to the next page if necessary.)

Wayne Gerald Robinson
69 Winchester Ct
Reading, PA  19606-9500
Relationship of Party:  Debtor
Via:     __CM/ECF     XX-1st Class Mail          __Certified Mail   __email:
          __Other

Scott F Waterman Chapter 13 Trustee
Relationship of Party:  Trustee
Via:     XX-CM/ECF     __-1st Class Mail   __Certified Mail   __email:
          __Other

United States Trustee
Relationship of Party:  US Trustee
Via:     XX-CM/ECF     __-1st Class Mail   __Certified Mail   __email:
          __Other

Exeter Township c/o James R Wood, Esquire
Relationship of Party:  Creditor Attorney (Exeter Twp)
Via:     XX-CM/ECF     __-1st Class Mail   __Certified Mail   __email:
          __Other

Denise Carlon, Esquire
KML Law Group
Relationship of Party:  Creditor Attorney (Lakeview Loan Servicing/LoanCare LLC)
Via:     XX-CM/ECF     __-1st Class Mail   __Certified Mail   __email:
          __Other

Nicole Plank, Esquire
Relationship of Party:  Creditor Attorney (Berks Fire Water)
Via:     XX-CM/ECF     __-1st Class Mail   __Certified Mail   __email:
          __Other

US Attorney Office
c/o Virginia Powel, Esquire
615 Chestnut Street, Room 1250
Philadelphia, PA  19106-4404
Relationship of Party:  Creditor
Via:     __CM/ECF     XX-1st Class Mail          __Certified Mail   __email:
          __Other

Glenn M Ross, Esquire
401 Germantown Pike, Suite 201
Lafayette Hill, PA  19444
Relationship of Party:  Creditor Attorney (Wingspread Community Services Association)
Via:     __-CM/ECF     XX-1st Class Mail          __Certified Mail   __email:
          __Other

Berks Fire Water Restorations, Inc.
1145 Commons Boulevard
Reading, PA  19605-3334

Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

Berks Fire Water Restorations, Inc
4 Park Plaza, Suite 205
Wyomissing, PA  19610-1489
Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

Capital One, NA
4515 N Sante Fe Ave
Oklahoma City, OK  73118-7901
Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

Easy Pay Finance
ATTN Bankruptcy
PO Box 2549
Carlsbad, CA  92018
Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

Exeter Township c/o Portnoff Law Associates, Ltd
PO Box 391
Norristown, PA  19404-0391
Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

JPMorgan Chase Bank N.A.
PO Box 15123
Wilmington, DE  19850
Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

JPMorgan Chase Bank NA
c/o National Bankruptcy Services LLC
PO Box 9013
Addison, TX  75001-9013
Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

Lakeview Loan Servicing LLC
c/o KML Law Group
701 Market Street Suite 5000
Philadelphia, PA  19106-1541
Relationship of Party:  Creditor
Via:        __CM/ECF        XX-1st Class Mail        __Certified Mail   __email:
            __Other

Lakeview Loan Servicing LLC
4425 Ponce De Leon Blvd MS5-251
Miami, FL  33146-1839
Relationship of Party:  Creditor
Via:	__CM/ECF	XX-1st Class Mail	__Certified Mail  __email:
	__Other

LoanCare LLC
3637 Sentara Way
Virginia Beach, VA  23452-4262
Relationship of Party:  Creditor
Via:	__CM/ECF	XX-1st Class Mail	__Certified Mail  __email:
	__Other

OneMain Financial
PO Box 1010
Evansville, IN  47706-1010
Relationship of Party:  Creditor
Via:	__CM/ECF	XX-1st Class Mail	__Certified Mail  __email:
	__Other

OneMain Financial
PO Box 3251
Evansville, IN  47731-3251
Relationship of Party:  Creditor
Via:	__CM/ECF	XX-1st Class Mail	__Certified Mail  __email:
	__Other

Pinnacle Credit Services LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587
Relationship of Party:  Creditor
Via:	__CM/ECF	XX-1st Class Mail	__Certified Mail  __email:
	__Other

Roto-Rooter Services Company
5672 Collections Center Drive
Chicago, IL  60693-0056
Relationship of Party:  Creditor
Via:	__CM/ECF	XX-1st Class Mail	__Certified Mail  __email:
	__Other

Synchrony Bank
By AIS InfoSource LP as agent
4515 N Sante Fe Ave
Oklahoma City, OK  73118-7901
Relationship of Party:  Creditor
Via:	__CM/ECF	XX-1st Class Mail	__Certified Mail  __email:
	__Other

Volkswagen Credit
1401 Franklin Blvd
Libertyville, IL  60048

Relationship of Party:  Creditor
Via:      __CM/ECF        XX-1st Class Mail         __Certified Mail  __email:
          __Other

Wingspread Community Services Assoc
c/o Reese Mgmt Co.
PO Box 62226
King of Prussia, PA  19606-9500
Relationship of Party:  Creditor
Via:      __CM/ECF        XX-1st Class Mail         __Certified Mail  __email:
          __Other

5