United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Wayne Gerald Robinson  
    Debtor

Case No. 24-13559-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 02, 2025      Form ID: 155      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne Gerald Robinson, 69 Winchester Ct, Reading, PA 19606-9500 |
| 14932868 | + | Berks ? Fire ? Water Restorations, Inc., 1145 Commons Blvd, Reading, PA 19605-3334 |
| 14944228 | + | Berks Fire Water Restorations, Inc., 4 Park Plaza Suite 205, Wyomissing, PA 19610-1489 |
| 14959169 | + | Exeter Township, C/O James R. Wood, 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14958999 | + | Exeter Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14959000 | + | Exeter Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14932870 | + | Exeter Township, c/o Portnoff Law Assoc Ltd, PO Box 391, Norristown, PA 19404-0391 |
| 14932874 | + | Roto-Rooter Services Company, 5672 Collections Center Drive, Chicago, IL 60693-0056 |
| 14932876 | + | Wingspread Community Services Assoc, c/o Reese Mgmt Co., PO Box Box 62226, King of Prussia, PA 19406-0319 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14939031 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2025 00:08:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14932869 | | Email/Text: operationsclerk@easypayfinance.com | May 02 2025 23:58:00 | Easy Pay Finance, ATTN Bankruptcy, PO Box 2549, Carlsbad, CA 92018 |
| 14932871 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 03 2025 00:09:04 | JPMorgan Chase Bank, N.A., PO Box 15123, Wilmington, DE 19850-5123 |
| 14943085 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 02 2025 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14934178 | ^ | MEBN | May 02 2025 23:57:17 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14932872 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2025 23:58:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd MS5-251, Miami, FL 33146-1839 |
| 14959306 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 02 2025 23:58:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14932873 | + | Email/PDF: cbp@omf.com | May 03 2025 00:08:19 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14938375 | + | Email/PDF: cbp@omf.com | May 03 2025 00:08:11 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14934255 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2025 00:08:54 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14958854 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2025 00:08:47 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14932875 | | Email/Text: vci.bkcy@vwcredit.com | | |

| | | | |
|---|---|---|---|
| 14957320 | + Email/Text: VWBKNotices@nationalbankruptcy.com | May 02 2025 23:58:00 | Volkswagen Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| | | May 02 2025 23:58:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMY B. GOOD | on behalf of Debtor Wayne Gerald Robinson agood@midpenn.org amy.beth.good@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Exeter Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JULIE FOSTER | on behalf of Debtor Wayne Gerald Robinson jfoster@midpenn.org |
| NICOLE PLANK | on behalf of Creditor Berks Fire Water Restorations Inc. jmerkel@georgeadissetley.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br>    Wayne Gerald Robinson <br><br>    Debtor(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 24−13559−pmm <br><br> Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 1, 2025                                                           For The Court

                                                                                                   Patricia M. Mayer <br>
                                                                                                   Judge, United States Bankruptcy Court