| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13559-PMM

| | |
|---|---|
| Wayne Gerald Robinson | Petition Filed Date: 10/02/2024 |
| 69 Winchester Ct | 341 Hearing Date: 11/05/2024 |
| Reading  PA   19606 | Confirmation Date: 05/01/2025 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/08/2024 | $145.73 | | 12/09/2024 | $145.73 | | 01/10/2025 | $145.73 | |
| 02/10/2025 | $145.73 | | 03/10/2025 | $240.00 | | 04/08/2025 | $240.00 | |
| 05/08/2025 | $240.00 | | 06/09/2025 | $240.00 | | 07/09/2025 | $240.00 | |

**Total Receipts for the Period: $1,782.92    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,022.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JULIE FOSTER, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC »» 001 | Unsecured Creditors | $1,346.11 | $0.00 | $1,346.11 |
| 2 | EZ PAY FINANCE »» 002 | Unsecured Creditors | $284.71 | $0.00 | $284.71 |
| 3 | ONE MAIN FINANCIAL GROUP LLC »» 003 | Unsecured Creditors | $706.41 | $0.00 | $706.41 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $3,624.04 | $0.00 | $3,624.04 |
| 5 | WINGSPREAD COMMUNITY SERVICES ASSOCIATION »» 005 | Secured Creditors | $9,273.90 | $1,386.14 | $7,887.76 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $1,761.84 | $0.00 | $1,761.84 |
| 7 | BERKS FIRE WATER RESTORATION »» 007 | Unsecured Creditors | $7,110.40 | $0.00 | $7,110.40 |
| 8 | VW CREDIT LEASING LTD »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK »» 009 | Unsecured Creditors | $362.38 | $0.00 | $362.38 |
| 10 | EXETER TOWNSHIP »» 010 | Secured Creditors | $3,323.16 | $496.70 | $2,826.46 |
| 11 | LOANCARE SERVICING CENTER »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | ROTO ROOTER SERVICES COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13559-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,022.92 | Current Monthly Payment: | $240.00 |
| Paid to Claims: | $1,882.84 | Arrearages: | $0.00 |
| Paid to Trustee: | $140.08 | Total Plan Base: | $14,022.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.