IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| IN RE: | Wayne Gerald Robinson, | : | Chapter 13 |
|---|---|---|---|
|  | Debtor | : | No. 24-13559-pmm |

### PRAECIPE FOR ENTRY AND WITHDRAWAL OF APPEARANCE

### ENTRY OF APPEARANCE

TO: U.S. Bankruptcy Court Clerk

    KINDLY enter my appearance for Wayne Gerald Robinson, Debtor, in the above case and I hereby designate the following address where all papers, process and notices may be served:

MENDELSOHN & MENDELSOHN, P.C.
637 WALNUT STREET
READING, PA 19601
TOBYKMENDELSOHN@COMCAST.NET

DATED:

*Brenna H. Mendelsohn*
Brenna H. Mendelsohn, Esquire

### WITHDRAWAL OF APPEARANCE

TO: U.S. Bankruptcy Court Clerk

    KINDLY withdraw my appearance for Wayne Gerald Robinson, in the above case.

DATED:

Julie Foster, Esquire

DATED:

/s/ Amy B. Good

Amy B. Good, Esquire