UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne Gerald Robinson,,              : Chapter 13 Bankruptcy
                                             : Bankruptcy No. 24-13559-pmm
              Debtor                         : HEARING DATE: March 26, 2026
                                             : at 10:00 a.m.


NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a
Motion to Modify Plan on behalf of Wayne Gerald Robinson.

**Your rights may be affected.  You should read these papers carefully and discuss
them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an
Attorney, you may wish to consult an Attorney.)**

1.    If you do not want the Court to grant the relief sought in the Motion or if
      you want the Court to consider your review on the Motion, then on or
      before March 19, 2026, you or your attorney must do all of the following:

      a)    File an Answer explaining your position at:

            United States Bankruptcy Court
            Eastern District of Pennsylvania
            Gateway Building,
            201 Penn St.,
            Suite 103
            Reading, PA 19601

            If you mail your Answer to the Bankruptcy Clerk's Office for
            filing, you must mail it early enough so that it will be received on
            or before the date stated above; and

      b)    Mail a copy to the Movant's Attorney:

            Mendelsohn & Mendelsohn, P.C.
            Attention: Brenna H. Mendelsohn, Esquire
            637 Walnut Street
            Reading, PA 19601
            Telephone: (610) 374-8088
            Facsimile: (610) 478-1260

2.    If you or your attorney do not take the steps described in 1a) and 1b) above

and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.     A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on March 26, 2026 at 10:00 a.m. Zoom. For Zoom link, see the current Hearing Calendar for the Judge on the Court website. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4.     You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been cancelled because no one filed an Answer.

Dated: February 26, 2026                          /s/ Brenna H. Mendelsohn
                                                  BRENNA MENDELSOHN, ESQ.
                                                  Mendelsohn & Mendelsohn, P.C.
                                                  Attorney for Debtor