**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Wayne Gerald Robinson,                 :        Chapter 13
                    Debtor                       :        Bankruptcy No. 24-13559-pmm

**<u>ORDER</u>**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 2/1/26-2/26/26.

BY THE COURT

3/23/26

_____
Patricia M. Mayer
U.S. Bankruptcy Judge