United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 24-13559-pmm

Wayne Gerald Robinson                                                             Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wayne Gerald Robinson, 69 Winchester Ct, Reading, PA 19606-9500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMY B. GOOD | |
| | on behalf of Debtor Wayne Gerald Robinson agood@midpenn.org  amy.beth.good@gmail.com |
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor Wayne Gerald Robinson tobykmendelsohn@comcast.net |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Exeter Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JULIE FOSTER | |
| | on behalf of Debtor Wayne Gerald Robinson jfoster@midpenn.org |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| NICOLE PLANK | |
| | on behalf of Creditor Berks Fire Water Restorations  Inc. jmerkel@georgeadissetley.com |

District/off: 0313-4                              User: admin                                        Page 2 of 2
Date Rcvd: Mar 23, 2026                           Form ID: pdf900                                    Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Wayne Gerald Robinson,        :     Chapter 13
           Debtor          :     Bankruptcy No. 24-13559-pmm

**<u>ORDER</u>**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 2/1/26-2/26/26.

BY THE COURT

3/23/26

_____
Patricia M. Mayer
U.S. Bankruptcy Judge