**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Wayne Gerald Robinson,          :          Chapter 13
              Debtor          :          Bankruptcy No. 24-13559-pmm

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 44, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. #40) is approved.

3/26/26

_____
Patricia M. Mayer
United States Bankruptcy Judge