**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **Wayne Gerald Robinson,**           :         **Chapter 13**
        **Debtor**           :

                           :         **Bankruptcy No. 24-13559-pmm**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Approve Loan Modification between Debtor, Wayne Gerald Robinson and creditor LoanCare, LLC and after notice and an opportunity for a hearing,

IT IS HEREBY ORDERED and DECREED that the Motion is APPROVED.

BY THE COURT

*Patricia M. Mayer*

**Date: March 26, 2026**

Patricia M. Mayer
United States Bankruptcy Judge