United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Wayne Gerald Robinson

    Debtor

Case No. 24-13559-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wayne Gerald Robinson, 69 Winchester Ct, Reading, PA 19606-9500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMY B. GOOD | on behalf of Debtor Wayne Gerald Robinson agood@midpenn.org amy.beth.good@gmail.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Wayne Gerald Robinson tobykmendelsohn@comcast.net |
| JAMES RANDOLPH WOOD | on behalf of Creditor Exeter Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JULIE FOSTER | on behalf of Debtor Wayne Gerald Robinson jfoster@midpenn.org |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| NICOLE PLANK | on behalf of Creditor Berks Fire Water Restorations Inc. jmerkel@georgeadissetley.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 26, 2026                       Form ID: pdf900                                Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Wayne Gerald Robinson,       :       Chapter 13
                      Debtor         :       Bankruptcy No. 24-13559-pmm


**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 44, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. #40) is approved.


3/26/26

_____
Patricia M. Mayer
United States Bankruptcy Judge