United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-13559-pmm

Wayne Gerald Robinson                                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Wayne Gerald Robinson, 69 Winchester Ct, Reading, PA 19606-9500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMY B. GOOD | on behalf of Debtor Wayne Gerald Robinson agood@midpenn.org  amy.beth.good@gmail.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Wayne Gerald Robinson tobykmendelsohn@comcast.net |
| JAMES RANDOLPH WOOD | on behalf of Creditor Exeter Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JULIE FOSTER | on behalf of Debtor Wayne Gerald Robinson jfoster@midpenn.org |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| NICOLE PLANK | on behalf of Creditor Berks Fire Water Restorations  Inc. jmerkel@georgeadissetley.com |

District/off: 0313-4                          User: admin                                   Page 2 of 2
Date Rcvd: Mar 26, 2026                       Form ID: pdf900                               Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: **Wayne Gerald Robinson,**      :      **Chapter 13**
               **Debtor**      :

                               :      **Bankruptcy No. 24-13559-pmm**

## **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Approve Loan Modification between Debtor, Wayne Gerald Robinson and creditor LoanCare, LLC and after notice and an opportunity for a hearing,

IT IS HEREBY ORDERED and DECREED that the Motion is APPROVED.

BY THE COURT

**Date: March 26, 2026**

_____
Patricia M. Mayer
United States Bankruptcy Judge