Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Wayne Gerald Robinson
69 Winchester Ct
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13559-PMM**

Petition Filed Date: 10/02/2024
341 Hearing Date: 11/05/2024
Confirmation Date: 05/01/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $240.00 | | 09/09/2025 | $240.00 | | 10/08/2025 | $240.00 | |
| 11/10/2025 | $240.00 | | 12/08/2025 | $240.00 | | 01/09/2026 | $240.00 | |
| 02/09/2026 | $240.00 | | 03/09/2026 | $240.00 | | 04/08/2026 | $275.04 | |
| 05/11/2026 | $275.04 | | 06/08/2026 | $275.04 | | 07/08/2026 | $275.04 | |

**Total Receipts for the Period: $3,020.16 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,078.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JULIE FOSTER, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC<br>»» 001 | Unsecured Creditors | $1,346.11 | $0.00 | $1,346.11 |
| 2 | EZ PAY FINANCE<br>»» 002 | Unsecured Creditors | $284.71 | $0.00 | $284.71 |
| 3 | ONEMAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $706.41 | $0.00 | $706.41 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $3,624.04 | $0.00 | $3,624.04 |
| 5 | WINGSPREAD COMMUNITY SERVICES ASSOCIATION<br>»» 005 | Secured Creditors | $9,273.90 | $2,516.35 | $6,757.55 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $1,761.84 | $0.00 | $1,761.84 |
| 7 | BERKS FIRE WATER RESTORATION<br>»» 007 | Unsecured Creditors | $7,110.40 | $0.00 | $7,110.40 |
| 8 | VW CREDIT LEASING LTD<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $362.38 | $0.00 | $362.38 |
| 10 | EXETER TOWNSHIP<br>»» 010 | Secured Creditors | $3,323.16 | $901.71 | $2,421.45 |
| 11 | LOANCARE SERVICING CENTER<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13559-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | ROTO ROOTER SERVICES COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,078.12 | Current Monthly Payment: | $275.04 |
| Paid to Claims: | $4,708.06 | Arrearages: | $35.04 |
| Paid to Trustee: | $370.06 | Total Plan Base: | $15,564.68 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.